UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MELISSA ANN STACHOW,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

Civil Action No. 3:19-cv-00938-ATB

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| Andrew Saul, | Melissa Ann Stachow, |
|---|---|
| By His Attorneys | By Her Attorney |

Grant C. Jaquith,
United States Attorney

*/s/ Timothy S. Bolen*
Timothy S. Bolen
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700988
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-2367
timothy.bolen@ssa.gov

*/s/ Elizabeth Krupar*[1]
Elizabeth Krupar Bar Number 520633
Legal Aid Society of Mid-New York, Inc.
221 South Warren St., Ste. 310
Syracuse, NY 13202
(315) 703-6657
betsy.krupar@lasmny.org

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge

Dated: February 6, 2020
Syracuse, NY

---

[1] Signed by Timothy Bolen with Elizabeth Krupar's permission.